# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD O'NEAL CALVIN,

    Petitioner,

vs.

E. K. MCDANIELS, et al.,

    Respondents.

Case No. 3:08-CV-00033-LRH-(RAM)

**ORDER**

    Petitioner has submitted a letter (#6), in which he asks for additional time to pay the filing fee. The Court grants his request.

    IT IS THEREFORE ORDERED that Petitioner's request for an extension of time (#6) is **GRANTED**. Petitioner shall have thirty (30) days from the date on which this Order is entered to pay the filing fee.

    DATED this 11th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE