UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD O'NEAL CALVIN,

    Petitioner,

vs.

E. K. MCDANIELS, et al.,

    Respondents.

Case No. 3:08-CV-00033-LRH-(RAM)

**ORDER**

    Petitioner has submitted a letter (#8), in which he asks for additional time to pay the filing fee. The Court grants his request, but with a note. Petitioner has shown that he regularly receives deposits into his inmate account, that he just as regularly drains his account with purchases from the prison store, and that he had sufficient funds to pay the filing fee when he submitted his financial certificate and account statement (#4). When Petitioner receives his next deposit, he needs to ensure that he pays the filing fee before spending his money.

    IT IS THEREFORE ORDERED that Petitioner's request for an extension of time (#8) is **GRANTED**. Petitioner shall have thirty (30) days from the date on which this Order is entered to pay the filing fee. No further extensions will be granted.

    DATED this 2nd day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE