# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD O'NEAL CALVIN,

    Petitioner,

vs.

E. K. MCDANIELS, et al.,

    Respondents.

Case No. 3:08-cv-00033-LRH-(RAM)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (First Request) (#17), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#17) is **GRANTED**.  Respondents shall have through March 6, 2009, to file and serve an answer or other response to the Amended Petition (#14).

DATED this 29th day of January, 2009.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE