# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD O'NEAL CALVIN,

    Petitioner,

vs.

E. K. MCDANIELS, et al.,

    Respondents.

Case No. 3:08-CV-00033-LRH-(RAM)

**ORDER**

    Petitioner having submitted a Motion for Enlargement of Time (First Request) (#36), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for Enlargement of Time (First Request) (#36) is **GRANTED**. Petitioner shall have through April 27, 2009, to file and serve a response to Respondents' Motion to Dismiss (#19).

    DATED this 27th day of March, 2009.

                                                  LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE