# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD O'NEAL CALVIN,

    Petitioner,

vs.

E. K. MCDANIELS, et al.,

    Respondents.

Case No. 3:08-CV-00033-LRH-(RAM)

**ORDER**

    In response to the Court's Order (#40) directing Petitioner to decide what to do with his unexhausted grounds, Petitioner has filed a Motion to Answer Order (#41), in which he asks to dismiss this action while he returns to state court. The Court grants his request.

    Petitioner has submitted a Motion for the Appointment of Counsel (#42). This motion is moot because the Court is dismissing the action.

    In the Court's previous Order (#40), it held that it would deny Petitioner's Motion for Stay and Abeyance (#38), but the Court did not enter an order to that effect. The Court corrects that omission here.

    IT IS THEREFORE ORDERED that Petitioner's Motion for the Appointment of Counsel (#42) is **DENIED** as moot.

    IT IS FURTHER ORDERED that Petitioner's Motion for Stay and Abeyance (#38) is **DENIED**.

///

///

-2-

1   IT IS FURTHER ORDERED that Petitioner's Motion to Answer Order (#41) is
2 **GRANTED**.  This action is **DISMISSED** without prejudice.  The Clerk of the Court shall enter
3 judgment accordingly.
4   DATED this 6th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE