AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

RONALD O'NEAL CALVIN,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-CV-00033-LRH-RAM**

E. K. MCDANIELS, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Answer Order (#41) in which he asks to dismiss this action while he returns to state court is **GRANTED**. This action is **DISMISSED** without prejudice.

   October 7, 2009                               **LANCE S. WILSON**
                                                              Clerk

                                                               D. R. Morgan
                                                             Deputy Clerk